

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2013

No. 04-11-00677-CV

**SMOOTH SOLUTIONS LIMITED PARTNERSHIP,**
Appellant

v.

**LIGHT AGE, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-13168
Honorable David A. Berchelmann, Jr., Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court